

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 | **Order Filed on September 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 20-20419 JKS |
| In Re:<br>    Brenda Gilbert,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date: 9/8/2022 @ 10:00 a.m.<br><br>Judge: John K. Sherwood |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 18, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Brenda Gilbert
Case No: 20-20419 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 156 Straight Street, Paterson, NJ, 07501, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 7, 2022, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2022 through September 2022 for a total post-petition default of $6,942.46 (4 @ $1,907.86, less suspense $688.98); and

It is **ORDERED, ADJUDGED and DECREED** the debtor will make a lump sum payment of $1,907.86 by September 15, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,034.60 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2022, directly to Secured Creditor's servicer, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan and Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20419-JKS

Brenda Gilbert  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Sep 19, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Gilbert, 156 Straight Street, Paterson, NJ 07501-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Adam D. Greenberg
     on behalf of Interested Party TLF REO LLC agreenberg@hgllclaw.com btemple@hgllclaw.com

Denise E. Carlon
     on behalf of Creditor Wilmington Savings Fund Society FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
     on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Melissa N. Licker
     on behalf of Creditor Wilmington Savings Fund Society FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Russell L. Low
        on behalf of Debtor Brenda Gilbert ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7