**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   BRENDA GILBERT

Order Filed on December 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-20419 JKS

Hearing Date: 12/8/2022

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: December 9, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  BRENDA GILBERT

Case No.:  20-20419

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/08/2022 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 12/15/2022 or the case will be dismissed; and it

  is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.