RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  BRENDA GILBERT         Atty:  RUSSELL L LOW ESQ
156 STRAIGHT STREET                LOW & LOW ESQS
PATERSON,  NJ  07501               505 MAIN STREET, SUITE 304
                                   HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 20-20419

## RECEIPTS AS OF 01/13/2023                                           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/13/2020 | $2,086.03 | | 11/16/2020 | $2,086.03 | |
| 12/11/2020 | $2,086.03 | | 01/11/2021 | $2,086.03 | |
| 02/12/2021 | $2,086.03 | | 03/12/2021 | $2,086.03 | |
| 04/06/2021 | $785.00 | 27194365585 | 05/18/2021 | $785.00 | 27194388017 |
| 06/15/2021 | $785.00 | 27318762494 | 07/20/2021 | $785.00 | 2740851347 |
| 08/17/2021 | $785.00 | 27678758668 | 09/14/2021 | $785.00 | 27408984243 |
| 10/21/2021 | $785.00 | 27800857563 | 11/12/2021 | $785.00 | 27828300497 |
| 12/23/2021 | $785.00 | 27825512490 | 01/19/2022 | $850.00 | 27601345078 |
| 02/23/2022 | $870.00 | 27828457615 | 03/22/2022 | $870.00 | 27830630215 |
| 04/13/2022 | $920.00 | 1830598506 | 05/04/2022 | $960.00 | 28194405142 |
| 06/28/2022 | $870.00 | 28194424852 | 08/09/2022 | $870.00 | 28194467613 |
| 09/08/2022 | $870.00 | 28194454901 | 10/18/2022 | $870.00 | 27950239462 |
| 11/08/2022 | $870.00 | 109066713195 | 12/13/2022 | $870.00 | 28381446865 |
| 01/10/2023 | $644.00 | 27890188301 | | | |

**Total Receipts: $29,915.18  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,915.18**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023                        (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | |
| | 05/17/2021 | $1,063.27 | 870,303 | 06/21/2021 | $298.98 | 872,105 |
| | 07/19/2021 | $298.99 | 873,912 | 08/16/2021 | $298.98 | 875,593 |
| | 09/20/2021 | $298.98 | 877,322 | 03/14/2022 | $337.99 | 887,501 |
| | 04/18/2022 | $341.77 | 889,199 | 05/16/2022 | $361.29 | 890,912 |
| | 06/20/2022 | $375.02 | 892,596 | 07/18/2022 | $339.86 | 894,325 |
| | 09/19/2022 | $339.86 | 897,492 | | | |

**Chapter 13 Case # 20-20419**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | | | | | | | |
| | 05/17/2021 | $437.29 | 870,321 | | 06/21/2021 | $122.96 | 872,121 |
| | 07/19/2021 | $122.96 | 873,927 | | 08/16/2021 | $122.97 | 875,611 |
| | 09/20/2021 | $122.96 | 877,338 | | 03/14/2022 | $139.00 | 887,516 |
| | 04/18/2022 | $140.56 | 889,215 | | 05/16/2022 | $148.58 | 890,928 |
| | 06/20/2022 | $154.23 | 892,611 | | 07/18/2022 | $139.78 | 894,343 |
| | 09/19/2022 | $139.78 | 897,508 | | | | |
| CAREPOINT HEALTH PHYSICAN CHMG | | | | | | | |
| | 05/17/2021 | $37.13 | 869,812 | | 05/17/2021 | $13.47 | 869,812 |
| | 06/21/2021 | $10.44 | 871,573 | | 07/19/2021 | $10.44 | 873,431 |
| | 07/19/2021 | $7.58 | 873,431 | | 08/16/2021 | $10.44 | 875,121 |
| | 09/20/2021 | $10.44 | 876,839 | | 09/20/2021 | $7.58 | 876,839 |
| | 03/14/2022 | $11.80 | 887,044 | | 04/18/2022 | $11.94 | 888,698 |
| | 05/16/2022 | $12.62 | 890,469 | | 05/16/2022 | $5.39 | 890,469 |
| | 06/20/2022 | $13.10 | 892,122 | | 06/20/2022 | $5.59 | 892,122 |
| | 07/18/2022 | $11.87 | 893,885 | | 07/18/2022 | $5.07 | 893,885 |
| | 09/19/2022 | $11.87 | 897,024 | | 09/19/2022 | $5.07 | 897,024 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 05/17/2021 | $156.67 | 870,235 | | 06/21/2021 | $44.05 | 872,022 |
| | 07/19/2021 | $44.05 | 873,830 | | 08/16/2021 | $44.06 | 875,516 |
| | 09/20/2021 | $44.05 | 877,239 | | 03/14/2022 | $49.80 | 887,405 |
| | 04/18/2022 | $50.36 | 889,084 | | 05/16/2022 | $53.23 | 890,810 |
| | 06/20/2022 | $55.26 | 892,475 | | 07/18/2022 | $50.08 | 894,214 |
| | 09/19/2022 | $50.08 | 897,371 | | | | |
| REDI DIAGNOSTICS CORP | | | | | | | |
| | 05/17/2021 | $759.99 | 870,067 | | 06/21/2021 | $213.70 | 871,842 |
| | 07/19/2021 | $213.71 | 873,670 | | 08/16/2021 | $213.71 | 875,357 |
| | 09/20/2021 | $213.70 | 877,072 | | 03/14/2022 | $241.58 | 887,250 |
| | 04/18/2022 | $244.28 | 888,915 | | 05/16/2022 | $258.24 | 890,657 |
| | 06/20/2022 | $268.05 | 892,323 | | 07/18/2022 | $242.92 | 894,072 |
| | 09/19/2022 | $242.92 | 897,218 | | | | |
| SANTANDER CONSUMER USA | | | | | | | |
| | 05/17/2021 | $20.00 | 870,949 | | 10/18/2021 | $737.83 | 879,736 |
| | 11/17/2021 | $745.73 | 881,433 | | 12/13/2021 | $745.73 | 883,069 |
| | 01/10/2022 | $745.71 | 884,717 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 05/17/2021 | $156.35 | 869,850 | | 06/21/2021 | $43.97 | 871,610 |
| | 07/19/2021 | $43.97 | 873,467 | | 08/16/2021 | $43.96 | 875,151 |
| | 09/20/2021 | $43.96 | 876,871 | | 03/14/2022 | $49.70 | 887,070 |
| | 04/18/2022 | $50.26 | 888,725 | | 05/16/2022 | $53.13 | 890,490 |
| | 06/20/2022 | $55.15 | 892,147 | | 07/18/2022 | $49.98 | 893,908 |
| | 09/19/2022 | $49.98 | 897,046 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY | | | | | | | |
| | 05/17/2021 | $5,909.44 | 871,401 | | 10/17/2022 | $839.55 | 900,166 |
| | 11/14/2022 | $822.15 | 901,740 | | 12/12/2022 | $822.15 | 903,258 |
| | 01/09/2023 | $822.15 | 904,752 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,803.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CITIFINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-20419**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CREDIT ACCEPTANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DEPT OF EDU/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | WILMINGTON SAVINGS FUND SOCIETY | MORTGAGE ARRE | 5,909.44 | 100.00% | 5,909.44 | 0.00 |
| 0010 | GENESIS BANKCARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | REDI DIAGNOSTICS CORP | UNSECURED | 4,851.00 | 100.00% | 3,112.80 | 1,738.20 |
| 0015 | SANTANDER CONSUMER USA | VEHICLE SECURE | 20.00 | 100.00% | 20.00 | 0.00 |
| 0017 | SYNCHRONY BANK | UNSECURED | 998.00 | 100.00% | 640.41 | 357.59 |
| 0018 | TLF REO LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | AFFIRM, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | AMERICREDIT FINANCIAL SERVICES, IN( | UNSECURED | 6,786.83 | 100.00% | 4,354.99 | 2,431.84 |
| 0024 | AT&T MOBILITY II LLC | UNSECURED | 2,791.20 | 100.00% | 1,791.07 | 1,000.13 |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 1,000.00 | 100.00% | 641.69 | 358.31 |
| 0026 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 237.00 | 100.00% | 152.09 | 84.91 |
| 0027 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 86.00 | 100.00% | 49.75 | 36.25 |
| 0028 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | HIGHER EDUCATION STUDENT ASSISTAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | SALUTE CARDS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | SYNCB/DUMP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | SANTANDER CONSUMER USA | UNSECURED | 2,975.00 | 100.00% | 2,975.00 | 0.00 |
| 0038 | WILMINGTON SAVINGS FUND SOCIETY | (NEW) MTG Agree | 5,572.60 | 100.00% | 3,306.00 | 2,266.60 |

**Total Paid: $29,306.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $29,915.18    -    Paid to Claims: $22,953.24    -    Admin Costs Paid: $6,353.36    =    Funds on Hand: $608.58

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.