Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20419−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brenda Gilbert
  156 Straight Street
  Paterson, NJ 07501

Social Security No.:
  xxx−xx−9197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/25/23 at 10:00 AM

to consider and act upon the following:

**71** − Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: re: 156 Straight Street, Paterson, NJ, 07501. Fee Amount $ 188. filed by Creditor Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019−3 Mortgage−Backed Notes, Series 2019−3, Motion for Relief from Co−Debtor Stay of Monroe Gilbert, 54 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019−3. Objection deadline is 05/8/2023. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**72** − Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: re: 156 Straight Street, Paterson, NJ, 07501. Fee Amount $ 188. filed by Creditor Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019−3 Mortgage−Backed Notes, Series 2019−3, Motion for Relief from Co−Debtor Stay of Monroe Gilbert, 54 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019−3. Objection deadline is 05/8/2023. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019−3) filed by Russell L. Low on behalf of Brenda Gilbert. (Low, Russell)

Dated: 5/4/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court