UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
Sentry Office Plz
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Wilmington Savings Fund Society, FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3

In Re:

Brenda Gilbert

Debtor(s)

Case No.:     20-20419 JKS

Chapter:      13

Hearing Date: 05/25/2023

Judge:        John K. Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled  ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 71)

Date: May 22, 2023

/s/Denise Carlon
Signature

*rev. 8/1/15*