| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Brenda Gilbert<br>156 Straight Street<br>Paterson, NJ 07501<br>SSSN: xxx-xx-9197 | Case No.:<br>Adversary No.:<br>Chapter:<br>Judge: | 20-20419 JKS<br><br>13<br><br>John K. Sherwood |

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ  2023 JUL -5 P 1:09  JEANNE A NAUGHTON  BY: [signature] DEPUTY CLERK*

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  Redi Diagnostics Corp., creditor
(Example: John Smith, creditor)

Old address:  Marc A. Woliansky, Esq.
239 Avenel Street, P.O. Box 509
Avenel, NJ 07001-0509

New address:  Redi Diagnostics Corp.
One Broadway, Suite 102
Elmwood Park, NJ 07407

New phone no.:  201-773-4255
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/15/2023

Signature  MARC A. WOLIANSKY, ESQ.
Attorney for Redi Diagnostics Corp., creditor

*rev.8/1/2021*

Brian Romanowsky
ROMANOWSKY
64 Maple Ave.
Morristown NJ 07960

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
50 WALNUT ST RM 3017
NEWARK NJ 07102-3569

U.S. BANKRUPTCY COURT
NEWARK, NJ
2023 JUL -5 P 1:09
BY: JEANNE A. NAUGHTON
DEPUTY CLERK

XRAYED

$0.60
US POSTAGE
FIRST-CLASS
FROM 07960
JUN 29 2023
stamps
endicia

0625182193356