| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2 (c) <br><br> **Russell L. Low, Esq. – RLL 4745** <br> Low & Low, LLC <br> 505 Main Street, Suite 304 <br> Hackensack, NJ 07501 <br> 201-343-4040 <br> Attorneys for Debtor <br><br> In Re: <br><br> BRENDA GILBERT <br><br> Debtor(s) | Order Filed on July 20, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No. 20-20419 <br><br> Chapter 13 <br><br> Judge: The Honorable John K. Sherwood <br><br> Hearing Date: **July 13, 2023, 10:00am** |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,200.00 for services rendered and expenses in the amount of $0.00 for a total of $1,200.00. The allowance is payable:

   _X_   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $713.65 per month for 10 months starting June 1, 2023 to allow for payment of the above fee.