UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3

In Re:

Brenda Gilbert, Debtor
Monroe Gilbert, Co-Debtor

Case No.: 20-20419 JKS

Chapter: 13

Hearing Date: January 25, 2024

Judge: John K. Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default

Date: January 9, 2024

/s/ Denise Carlon
Signature

rev. 8/1/15