Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20419−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda Gilbert
   156 Straight Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−9197

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 27, 2023.

On 2/1/24 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date: March 14, 2024
Time: 08:30 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 1, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20419-JKS |
| Brenda Gilbert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 01, 2024 | Form ID: 185 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Gilbert, 156 Straight Street, Paterson, NJ 07501-1419 |
| cr | + | Re: Wilmington Savings Fund Society, FSB, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| intp | + | TLF REO LLC, c/o Adam Greenberg, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| 518952819 | + | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN ROAD, FORT MILL, SC 29715-8421 |
| 518952830 | + | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518952838 | + | Redi Diagnostics Corp., One Broadway, Suite 102, Elmwood Park, NJ 07407-1843 |
| 518952843 | + | TLF Reo LLC, ATTN: Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519023960 | | Wilmington Savings Fund Society, NRPL Trust 2019-3, Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 01 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 01 2024 20:54:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2024 20:54:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2024 21:01:40 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518952810 | + | Email/Text: backoffice@affirm.com | Feb 01 2024 20:55:00 | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518960325 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 01 2024 20:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519012858 | + | Email/Text: g20956@att.com | Feb 01 2024 20:55:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518952817 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 01 2024 20:53:00 | BAYVIEW FINANCIAL LOAN, ATTN: BANKRUPTCY DEPT, 4425 PONCE DE LEON BLVD. 5TH FLOOR, CORAL GABLES, FL 33146-1873 |
| 518952818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 01 2024 21:01:06 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518952820 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 01 2024 20:54:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518952821 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 01 2024 20:53:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 518952822 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 01 2024 21:01:31 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519024957 | + | Email/Text: bncmail@w-legal.com | Feb 01 2024 20:54:00 | CarePoint Health - Physican CHMG, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518952823 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 01 2024 20:54:00 | DEPT OF EDU/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 518952828 | | Email/Text: ECF@fayservicing.com | Feb 01 2024 20:53:00 | FAY SERVICING LLC, ATTN: BANKRUPTCY DEPT, PO BOX 809441, CHICAGO, IL 60680 |
| 518952829 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 01 2024 20:55:00 | GENESIS BANKCARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 520100495 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 01 2024 20:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518952835 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 01 2024 20:54:00 | NELNET, ATTN: BANKRUPTCY CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519018225 | | Email/Text: bnc-quantum@quantum3group.com | Feb 01 2024 20:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518952839 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 01 2024 20:53:00 | SALUTE CARDS, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 518952840 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2024 20:54:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |
| 518952841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 01 2024 21:01:39 | SYNCB/DUMP, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518952842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 01 2024 21:12:20 | SYNCB/HHGREG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518963278 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2024 20:54:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518953522 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2024 21:01:58 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518952844 | + | Email/Text: tburke@tcmfund.com | Feb 01 2024 20:54:00 | Tower Capital Management, PO Box 399, Morristown, NJ 07963-0399 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Redi Diagnostics Corp, One Broadway, Suite 102, Elmwood Park, NJ 07407-1843 |
| 518952811 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518952812 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518952813 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518952814 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518952815 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518952816 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |

| | | |
|---|---|---|
| 518985183 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518952824 | *+ | DEPT OF EDU/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 518952825 | *+ | DEPT OF EDU/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 518952826 | *+ | DEPT OF EDU/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 518952827 | *+ | DEPT OF EDU/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 518952831 | *+ | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518952832 | *+ | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518952833 | *+ | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518952834 | *+ | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 520151267 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518952836 | *+ | NELNET, ATTN: BANKRUPTCY CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 518952837 | *+ | NELNET, ATTN: BANKRUPTCY CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519028574 | *+ | Redi Diagnostics Corp., One Broadway, Suite 102, Elmwood Park, NJ 07407-1843 |
| 519018529 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

**Name** | **Email Address**

Adam D. Greenberg
 on behalf of Interested Party TLF REO LLC agreenberg@hgllclaw.com  btemple@hgllclaw.com

Denise E. Carlon
 on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
 on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Laura M. Egerman
 on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Melissa N. Licker
 on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 01, 2024 | Form ID: 185 | Total Noticed: 35 |

SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019-3 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Russell L. Low
    on behalf of Debtor Brenda Gilbert ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10