DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3

| In Re: | Case No.: 20-20419-jks |
|---|---|
| BRENDA GILBERT | Judge: John K. Sherwood |
| Debtor(s). | Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
　　95 Mount Bethel Road, Suite 3
　　Warren, NJ 07059

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: April 3, 2024

GROSS POLOWY LLC
Formed in the State of Delaware

*/s/Ashley M Pascuzzi*
By: Ashley M Pascuzzi, Esq.

*new.8/1/15*