Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20419−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda Gilbert
   156 Straight Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−9197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/23/24 at 10:00 AM

to consider and act upon the following:

*109* – Creditor's Certification of Default (related document:78 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 05/8/2024. (Attachments: # 1 Exhibit Entered Consent Order # 2 Exhibit Certification of Creditor Regarding Post Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Proposed Order # 5 Certificate of Service) (Pascuzzi, Ashley)

*110* – Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:78 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 05/8/2024. (Attachments: # 1 Exhibit Entered Consent Order # 2 Exhibit Certification of Creditor Regarding Post Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Proposed Order # 5 Certificate of Service) filed by Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3) filed by Russell L. Low on behalf of Brenda Gilbert. (Low, Russell)

Dated: 5/8/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court