Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20419−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Brenda Gilbert
 156 Straight Street
 Paterson, NJ 07501

Social Security No.:
 xxx−xx−9197

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/23/24 at 10:00 AM

to consider and act upon the following:

*109* − Creditor's Certification of Default (related document:78 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 05/8/2024. (Attachments: # 1 Exhibit Entered Consent Order # 2 Exhibit Certification of Creditor Regarding Post Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Proposed Order # 5 Certificate of Service) (Pascuzzi, Ashley)

*110* − Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:78 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 05/8/2024. (Attachments: # 1 Exhibit Entered Consent Order # 2 Exhibit Certification of Creditor Regarding Post Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Proposed Order # 5 Certificate of Service) filed by Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3) filed by Russell L. Low on behalf of Brenda Gilbert. (Low, Russell)

Dated: 5/8/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20419-JKS |
| Brenda Gilbert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

**Recip ID    Recipient Name and Address**
db      + Brenda Gilbert, 156 Straight Street, Paterson, NJ 07501-1419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

**Name    Email Address**

Adam D. Greenberg
     on behalf of Interested Party TLF REO LLC agreenberg@hgllclaw.com  btemple@hgllclaw.com

Ashley Pascuzzi
     on behalf of Creditor Fay Servicing  LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3 ecfnotices@grosspolowy.com

Denise E. Carlon
     on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
     on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Laura M. Egerman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as indenture trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE NRPL TRUST 2019-3 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Russell L. Low
    on behalf of Debtor Brenda Gilbert ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11