| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3 |

In Re:

    BRENDA GILBERT

              Debtor(s).

Case No.: 20-20419-jks

Hearing Date: June 27, 2024

Judge: John K. Sherwood

Chapter: 13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Kindly mark the Creditor's Certification of Default filed as document no 109 on April 24, 2024 as settled. Order to be submitted to Chambers.

DATED: July 24, 2024

Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3

/s/ Ashley M Pascuzzi

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*