| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>　　BRENDA GILBERT | Case No.:  20-20419 JKS<br><br>Hearing Date:  4/10/2025 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: April 11, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BRENDA GILBERT

Case No.: 20-20419

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 04/10/2025 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $712.00 starting on 5/1/2025 for the remaining 5 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $710.00 by 4/24/2025 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.