**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Brenda Gilbert | : | CASE NO. 20-20419 |
| Debtor | : | HONORABLE JKS |

**Attorney's Response to Creditor's Certification of Default**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Brenda Gilbert in her Chapter 13 bankruptcy.
2. As per the debtor, she made a mortgage payment for $1,500.00 on November 4, 2025 after the creditor's certification of default was prepared.
3. Therefore, on behalf of the debtor, I am respectfully requesting an updated post-petition payment history with the updated delinquency due through November so that the debtor may make a reasonable proposal to cure the delinquency.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: <u>November 18, 2025</u>           /s/ Russell L. Low
                                          **Russell L. Low**
                                          Attorney for Debtor