Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 20−20419−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Brenda Gilbert
　156 Straight Street
　Paterson, NJ 07501

Social Security No.:
　xxx−xx−9197

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/11/25 at 10:00 AM

to consider and act upon the following:

*137* − Creditor's Certification of Default (related document:115 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 11/18/2025. (Attachments: # 1 Entered Consent Order # 2 Certification of Creditor Regarding Post Petition Payment History # 3 Notice of Mortgage Payment Change(s) # 4 Certification of Participant Regarding Certification Non−Payment # 5 Proposed Order # 6 Certificate of Service) (Pascuzzi, Ashley)

*138* − Response to (related document:137 Creditor's Certification of Default (related document:115 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3. Objection deadline is 11/18/2025. (Attachments: # 1 Entered Consent Order # 2 Certification of Creditor Regarding Post Petition Payment History # 3 Notice of Mortgage Payment Change(s) # 4 Certification of Participant Regarding Certification Non−Payment # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019−3) filed by Russell L. Low on behalf of Brenda Gilbert. (Low, Russell)

Dated: 11/19/25

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court