UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Secured Creditor Fay Servicing, LLC
as servicing agent for Wilmington Savings Fund
Society, FSB, not in its individual capacity but solely
as Owner Trustee for the NRPL Trust 2019-3

| | |
|---|---|
| In Re: | Case No.: 20-20419-jks |
| BRENDA GILBERT | Chapter: 13 |
| Debtor(s). | Judge: John K. Sherwood |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified

below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Certification of Default filed as document no 137 on November 4, 2025

DATED: February 25, 2026

Fay Servicing, LLC as servicing agent for
Wilmington Savings Fund Society, FSB, not in
its individual capacity but solely as Owner
Trustee for the NRPL Trust 2019-3

*/s/ Ashley M Pascuzzi*
Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*