UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Secured Creditor Fay Servicing,
LLC as servicing agent for Wilmington Savings
Fund Society, FSB, not in its individual capacity
but solely as Owner Trustee for the NRPL Trust
2019-3

In Re:

BRENDA GILBERT

Debtor(s).

Case No.: 20-20419-jks

Chapter: 13

Hearing Date: February 26, 2026

Judge: John K. Sherwood

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Ashley M Pascuzzi, Esq., certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Creditor's Certification of Default filed on: November 4, 2025

### Orders to be Submitted

1.) ☐ hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☒ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

*rev.8/1/15*

**Consent Orders**

3.) ☐ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Marie-Ann Greenberg | ☒ Trustee |
| U.S. Trustee | ☒ U.S. Trustee |
| Russell L.Low, Esq. | ☒ Attorney For Debtor |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Dated: February 25, 2026                         Gross Polowy LLC


/s/ Ashley M Pascuzzi
By: Ashley M Pascuzzi, Esq.


*rev.8/1/15*