UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Secured Creditor Fay Servicing, LLC as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2019-3

Order Filed on March 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 20-20419-jks |
|---|---|
| BRENDA GILBERT | Chapter: 13 |
| Debtor(s). | Judge: John K. Sherwood |

Recommended Local Form:     ☒ Followed          ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: March 5, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Applicant:                                    Fay Servicing, LLC as servicing agent for Wilmington Savings
                                              Fund Society, FSB, not in its individual capacity but solely as
                                              Owner Trustee for the NRPL Trust 2019-3

Applicant's Counsel:                          GROSS POLOWY LLC - Ashley M Pascuzzi, Esq. - 272502018


Debtor's Counsel:                             Russell L. Low, Esq.

Property Involved ("Collateral"):   156 Straight Street, Paterson, NJ 07501

Relief Sought:                                ☒ Motion for relief from the automatic stay

                                              ☐ Motion to Dismiss

                                              ☐ Motion for prospective relief to prevent imposition of
                                              automatic stay against the collateral by debtor's future bankruptcy
                                              filings


For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the
following conditions:

1.   Status of post-petition arrearages:

     ☒ The Debtor is overdue for 3months, from 12/1/2025 to 02/01/2026.

     ☒ The Debtor is overdue for 3 payments of $2,238.53 per month, from 12/01/2025 to
     02/01/2026.

     ☒ Applicant acknowledges suspense funds in the amount of $201.66 received.

     Total Arrearages Due $4,275.40


2.   Debtor shall apply for loss mitigation as follows:

     ☒ The Debtor shall submit a loss mitigation application within fifteen (15) days of this
     entry of this Order.

     ☒ If the Debtor fails to be approved for a loan modification within sixth (60) days of the
     entry of Order, the stay shall be terminated to permit Secured Creditor to institute or
     resume and prosecute to conclusion one or more actions in the court(s) of appropriate
     jurisdiction to pursue the movant's rights against:
     Real property more fully described as:

     ***156 Straight Street, Paterson, NJ 07501***

3.  The Debtor must make adequate protection payments to Secured Creditor in the amount of $ 2,228.53 on  February 15, 2026 and March 15, 2026.


☒ Adequate Protection Payments:

Fay Servicing LLC,
P O Box 814609,
Dallas, TX 75381

4.  In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current.  Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy.  If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney's fees of $250.00.

The Fees and costs are payable:

☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.