UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br>Brenda  Gilbert | Case No.: | 20-20419 |
|---|---|---|
| | Chapter: | 13 |
| | Judge: | JKS |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brenda  Gilbert _____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 05/22/2026 _____

_____
Debtor's Signature

**IMPORTANT:**

* **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
* **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*